# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ALAN MAURICE CHILDRESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-CV-00195 JMB |
| ) | |
| UNKNOWN CONLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 7]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF No. 4; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 7] is **DENIED**.

Dated this 25th day of February, 2025.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE